# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONAL UNION FIRE INSURANCE CO OF )
PITTSBURGH, PA, )
                                        Plaintiff, )    Case No. 2:10-cv-00385-GMN-PAL
vs. )    **ORDER**
SILVERADO PIPE & SUPPLY, INC., *et al.*, )    (Ex Pte App - Dkt. #42)
                                       Defendants. )

      The court conducted a status hearing on February 17, 2011, at 10:35 a.m., regarding Plaintiff's efforts to serve Defendants Monroe and Sichta and heard from counsel concerning Plaintiff's Ex Parte Application For: (1) Brief Extension of Time to Permit Filing of a Motion For Service by Publication as to Defendant Bart Monroe, and (2) Order Addressing Motion for Extension of Dates Set forth in Scheduling Order (Dkt. #42). Ernest Price was present on behalf of Plaintiff, and Ryan Alexander was present on behalf of Defendant Alexander.

      On January 20, 2011 (Dkt. #44), counsel for Plaintiff requested a brief extension of time to file a motion for service by publication. The court gave Plaintiff's counsel ten days from the date of that hearing to file its motion for service by publication. Plaintiff filed its Motion for Service by Publication on January 26, 2011 (Dkt. #46), and the court granted the motion in an Order (Dkt. #48) dated January 31, 2011. That order gave Plaintiff sixty days from the date of the Order, or until **March 31, 2011,** to serve Defendants Monroe and Sichta by publication. The process has been initiated and service by publication should be effected by mid March.

      The court heard arguments regarding an extension of the existing discovery deadlines. The parties requested a 60 day extension of the deadlines initially requested by Plaintiff in its ex parte application (Dkt #42). Upon hearing arguments from counsel, and good cause appearing:

**IT IS ORDERED** that:

1. Plaintiff's Ex Parte Application (Dkt. #42) is **GRANTED**.
2. The Discovery Plan and Scheduling Order Deadlines shall be extended as follows:
    a. Last date to file interim status report: **May 20, 2011.**
    b. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **May 20, 2011.**
    c. Last date to disclose rebuttal experts: **June 20, 2011.**
    d. Last date to complete discovery: **July 17, 2011.**
    e. Last date to file dispositive motions: **August 21, 2011.**
    f. Last date to file joint pretrial order: **September 20, 2011.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.
3. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.
4. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., June 27, 2011,** and shall fully comply with the requirements of LR 26-4.
5. Absent compelling circumstances and a strong showing of good cause, no further extensions will be allowed.

Dated this 17th day of February, 2011.

_____
Peggy A. Leen
United States Magistrate Judge