UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS BRANCH

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BART MONROE, aka WILLIAM BART MONROE, aka BART W. MONROE, an Individual, SILVERADO PIPE & SUPPLY INC., a Nevada Corporation, NEVADA SWPPP CONTROL, a Nevada Corporation, CHRISTOPHER SICHTA, an Individual, GREGORY SHAPIRO, an Individual, DANIEL PIETRAFESO, an Individual, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:10-cv-00385-GMN-PAL<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT SILVERADO PIPE AND SUPPLY, INC.** |

///

///

///

///

///

///

///

RC1/6413287.1/JC7    - 1 -

1   The Court, having considered Plaintiff National Union Fire Insurance Company of
2   Pittsburgh, PA's ("National Union") notice of dismissal of Defendant SILVERADO PIPE AND
3   SUPPLY, INC. hereby GRANTS said dismissal.  Defendant is dismissed from the above-
4   captioned matter with prejudice.

**IT IS SO ORDERED.**

**DATED** this 11th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge