UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – LAS VEGAS BRANCH

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>BART MONROE, aka WILLIAM BART MONROE, aka BART W. MONROE, an Individual, SILVERADO PIPE & SUPPLY INC., a Nevada Corporation, NEVADA SWPPP CONTROL, a Nevada Corporation, CHRISTOPHER SICHTA, an Individual, GREGORY SHAPIRO, an Individual, DANIEL PIETRAFESO, an Individual, and DOES 1 through 10,<br><br>  Defendants. | CASE NO.  2:10-cv-00385-GMN-PAL<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT SILVERADO PIPE AND SUPPLY, INC.** |

///

///

///

///

///

///

///

RC1/6413287.1/JC7

- 1 -

The Court, having considered Plaintiff National Union Fire Insurance Company of Pittsburgh, PA's ("National Union") notice of dismissal of Defendant SILVERADO PIPE AND SUPPLY, INC. hereby GRANTS said dismissal. Defendant is dismissed from the above-captioned matter with prejudice.

**IT IS SO ORDERED.**

**DATED** this 11th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge