1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – LAS VEGAS BRANCH

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BART MONROE, aka WILLIAM BART MONROE, aka BART W. MONROE, an Individual, SILVERADO PIPE & SUPPLY INC., a Nevada Corporation, NEVADA SWPPP CONTROL, a Nevada Corporation, CHRISTOPHER SICHTA, an Individual, GREGORY SHAPIRO, an Individual, DANIEL PIETRAFESO, an Individual, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:10-cv-00385-GMN-PAL<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANTS WILLIAM "BART" MONROE AND CHRISTOPHER SICHTA** |
|---|---|

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RC1/6410319.1/JC7                                                  - 1 -

1  The Court, having considered Plaintiff National Union Fire Insurance Company of
2  Pittsburgh, PA's ("National Union") notice of dismissal of Defendants William "Bart" Monroe
3  and Christopher Sichta, hereby GRANTS said dismissal. Defendants are dismissed from the
4  above-captioned matter with prejudice.

**IT IS SO ORDERED.**

**DATED** this 11th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge